# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antoine A. Clark,<br>*Plaintiff*<br>v.<br><br>Warden Decker *in his/her individual and official capacity*; Ford *Associate Warden for Security in his/her individual and official capacity*; Cannon *Associate Warden for Security in his/her individual and official capacity*; Smith *Major for Security in his/her individual and official capacity*; Woods *Mental Health Counselor in his/her individual and official capacity*; Bruker *Mental Health Counselor in his/her individual and official capacity*; Howard *Mental Health Counslor in his/her individual and official capacity*; Allen *Mental Health Tech in his/her individual and official capacity*; Jackson *Officer in his/her individual and official capacity*; Crowe *Sergeant in his/her individual and official capacity*; Bragg *Head Food Supervisor in his/her individual and official capacity*; Kampeassy *Head Nurse in his/her individual and official capacity*; Blackwell *Lieutenant in his/her individual and official capacity*; Robbins *Nurse in his/her individual and official capacity*; Stephon *Warden in his/her individual and official capacity*,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.    1:19-cv-01663-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Antoine A. Clark, shall take nothing of the defendants, Warden Decker *in his/her individual and official capacity*, Ford *Associate Warden for Security in his/her individual and official capacity*, Cannon *Associate Warden for Security in his/her individual and official capacity*, Smith *Major for Security in his/her individual and official capacity*, Woods *Mental Health Counselor in his/her individual and official capacity*, Bruker *Mental Health Counselor in his/her individual and official capacity*, Howard *Mental Health Counslor in his/her individual and official capacity*, Allen *Mental Health Tech in his/her individual and official capacity*, Jackson *Officer in his/her individual and official capacity*, Crowe *Sergeant in his/her individual and official capacity*, Bragg *Head Food Supervisor in his/her individual and official capacity*, Kampeassy *Head Nurse in his/her individual and official capacity*, Blackwell *Lieutenant in his/her individual and official capacity*, Robbins *Nurse in his/her individual and official capacity* and Stephon *Warden in his/her individual and official capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   April 1, 2020                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/L. Baker
                                                              _____
                                                                      *Signature of Clerk or Deputy Clerk*